IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| TAMI JONAKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05-2016-Ml-P |
| SAM'S CLUB, | ) ) ) |
| Defendant. | ) ) |

## [~~PROPOSED~~] ORDER GRANTING
## JOINT MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

This matter came before the Court upon the Joint Motion to Amend Rule 16(b) Scheduling Order. It appears to the Court that the Motion is well taken and that it should be and is hereby granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Rule 16(b) Scheduling Order is amended to reflect the following revised deadlines:

(a) Disclosure of Plaintiff's Rule 26 Expert Information: December 16, 2005;

(b) Disclosure of Defendant's Rule 26 Expert Information: January 16, 2006;

(c) Expert Witness Depositions: February 17, 2006; and

(d) Filing Dispositive Motions: February 17, 2006.

_____
U. S. ~~DISTRICT~~ Magistrate JUDGE
DATE: November 3, 2005

M EL 910056 v1
2825865-000131  10/31/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02016 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David Peel
COLE & PEEL
8582 Highway 51, N.
Millington, TN 38053

Elizabeth Marie Fong Low
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT